**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1)  STATE NATIONAL INSURANCE COMPANY, and<br>2)  NATIONAL SPECIALTY INSURANCE COMPANY,<br><br>                    Plaintiffs,<br><br>vs.<br><br>1)  RAINBO SERVICE CO.,<br>2)  GREG DEPEW,  et. al.<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No.: CIV-18-718-G<br>)<br>)<br>)<br>)<br>)  |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

**COME NOW** Plaintiffs State National Insurance Company and National Specialty Insurance Company, and pursuant to Rule 41 of the Federal Rules of Civil Procedure hereby file this notice dismissing the above styled and numbered lawsuit without prejudice to the refiling thereof.

Respectfully submitted,

*s/ Casper J. den Harder*
Phil R. Richards, OBA # 10457
Casper J. den Harder, OBA #31536
RICHARDS & CONNOR
12th Floor, ParkCentre Building
525 S. Main Street
Tulsa, Oklahoma 74103
Telephone:  918/585.2394
Facsimile:  918/585.1449
Email:  prichards@richardsconnor.com
            cdenharder@richardsconnor.com

**ATTORNEYS FOR PLAINTIFFS**
**STATE NATIONAL INSURANCE**
**COMPANY AND NATIONAL**
**SPECIALTY INSURANCE COMPANY**